JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KYRON SHAKEEL SWASO,**<br>**Petitioner,**<br>**v.**<br>**ADELANTO ICE PROCESSING WARDEN, et al.,**<br>**Respondents.** | **NO. 5:26-cv-03231-MRA-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is DENIED as MOOT and this action is DISMISSED WITHOUT PREJUDICE consistent with the terms of the Order.

DATED: September 11, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE